IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RICARDO RAMIREZ, SR., ) | |
| INDIVIDUALLY AND AS ) | |
| REPRESENTATIVE OF THE ESTATE OF ) | |
| NOEMI RAMIREZ, DECEASED, ) | |
| RICARDO RAMIREZ, JR., AND ) | |
| DEYANIRA RAMIREZ, ) | CIVIL ACTION NO. 5:12-CV-194 |
| ) | |
| Plaintiffs, ) | |
| ) | JURY REQUESTED |
| vs. ) | |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiffs and Defendant hereby notify the Court that they have settled the above entitled matter.   The Parties expect to file a Joint Stipulation of Dismissal by December 15, 2013.

           Respectfully submitted,

           THOMPSON, COE, COUSINS & IRONS, LLP
           701 Brazos, Suite 1500
           Austin, Texas  78701
           (512) 703-5073
           (512) 708-8777 (Fax)


           /s/ John W. Chambless II
           Ronald D. Wamsted
           State Bar No. 20832000
           Federal Bar No. 17108
           rwamsted@thompsoncoe.com
           John W. Chambless II (Attorney-in-Charge)
           State Bar No. 00796334
           Federal Bar No. 20674
           jchambless@thompsoncoe.com

SNELL & WILMER L.L.P.
Lee Mickus
State Bar No. 24056840
Federal Bar No. 558289
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
(303) 634-2000
(303) 634-2020 (fax)
lmickus@swlaw.com

**ATTORNEYS FOR DEFENDANT**

*And*


/s/ J. Hunter Craft_____
J. Hunter Craft (Attorney in Charge)
State Bar No. 24012466
Federal Bar No. 24377
Craft Law Firm, P.C.
2402 Dunlavy St., Suite 300
Houston, Texas 77006
Telephone 713-225-0500
Fax  713-225-0566
Email:   hcraft@craftlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  A true and correct copy of the foregoing document was duly forwarded to all counsel of record via electronic filing and/or facsimile on October 29, 2013:

| | |
|---|---|
| Mr. Ronald Wamsted | Mr. Lee Mickus |
| Thompson, Coe, Cousins & Irons, L.L.P. | Snell & Wilmer |
| 701 Brazos, Suite 1500 | Tabor Center, Suite 1900 |
| Austin, Texas 78701 | 1200 Seventeenth St. |
| T: 512.708.8200 | Denver, CO 80202 |
| F: 512.708.8777 | T: 303.634.2016 |
| *Attorneys for Defendant* | F: 303.634.2020 |
| | *Attorneys for Defendant* |

                */s/ Hunter Craft*
                **J. Hunter Craft**