United States District Court
Southern District of Texas
FILED

JAN 07 2014

David J. Bradley, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RICARDO RAMIREZ, SR., INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF NOEMI RAMIREZ, DECEASED, RICARDO RAMIREZ, JR., AND DEYANIRA RAMIREZ, <br><br>Plaintiffs, <br><br>vs. <br><br>FORD MOTOR COMPANY, <br><br>Defendant. | ) ) ) ) ) ) ) CIVIL ACTION NO. 5:12-CV-194 ) ) ) JURY REQUESTED ) ) ) ) ) |

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs, Ricardo Ramirez, Sr., Individually and as Representative of the Estate of Noemi Ramirez, Deceased, Ricardo Ramirez, Jr. and Deyanira Ramirez, and Defendant, Ford Motor Company.

It is, THEREFORE, ORDERED by the Court that pursuant to the settlement of all claims by Plaintiffs against Ford Motor Company, Plaintiffs' claims against Ford Motor Company are hereby dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1), with costs taxed against the parties incurring same.

SIGNED: Jan 7, 2014.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:

Craft Law Firm, P.C.
2402 Dunlavy St., Suite 300
Houston, Texas 77006
Telephone 713-225-0500
Fax 713-225-0566

By: _____
J. Hunter Craft
State Bar No. 24012466

ATTORNEYS FOR PLAINTIFFS


THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Avenue, Suite 1500
Austin, Texas 78701
512-708-8200
512-708-8777 TELECOPIER

By: _____  William L. Mennucci
Ronald D. Wamsted                00788342, by RDW,
State Bar No. 20832000            w/ permission

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY